**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES SILVIA**

**v.** **C.A. No. 05-285 ML**

**THE CLERKS OF THE RHODE ISLAND FAMILY COURT**

## MEMORANDUM AND ORDER

Plaintiff, *pro se,* a Rhode Island inmate confined at the Adult Correctional Institutions, has filed a Complaint together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a certified copy of his prison trust account statements for the six month period immediately preceding the filing of his complaint on June 30, 2005. See 28 U.S.C. § 1915(a)(2). Accordingly, plaintiff's motion is denied, without prejudice.

Plaintiff may re-file the motion and submit a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or from **December 29, 2004 to June 29, 2005. Said copy must show the credit to, and the monthly balances therein.**

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
July 19 , 2005