UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James J. Silva, ets al.

v. CASE # 05-285-ML

Clerks of The Rhode
Island Family Court, ets al.

## : NOTICE OF APPEAL :

On July 21st 2005, This complainant recieved a memorandum - Order issued by Magistrate Judge Jacob Hagopian denying complainant leave to proceed in-forma-pauperis on The grounds That complainant did not file a certified copy of his prison Trust account statements for The six month period immediately preceeding The filing of his complaint on June 30th 2005.

This complainant is approved To proceed in-forma-pauperis in all courts and his indigency is undisputed. U.S. District Court, Case #s, 04-170-S; 04-361-S; 05-008-T; 05-109-S: U.S. Court of Appeals #s, 05-1671; 05-1891; and Providence Superior Court case #s. P204-3106A and P205-0362A.

However, complainant has encountered This problem in The past. He has no control over The Department of Corrections, mail policy, cannot force inmate accounts To Timely respond To his submitted requests, [redacted] To notarize documents, and The arbitrary enforcement of Their photo-copying policy. See Pitman v. State, 301 A2d 509. (Del 1973) "[The prisoner] should not be charged with The responsability of insuring That his captors have complied with The provisions of The law when he has no control over Them [**644]. Also see

People v. Esposito, 37 Misc 2d 386; 238 N.Y.S. 2d 460; (1960) page 8 line 20. Over their performance the prison inmate has no power of supervision.

This Honorable Court is well aware of the Time-bar implications and as such I move This Honorable U.S. District Court to accept the enclosed exhibits which are individual monthly inmate account computer printouts of my inmate account balances going back to 10-29-04 up to and including 6-30-05. Please have the clerk photo-copy and return them to me as they are marked exhibits 1 thru-10 on the back. I am also being denied notarial services for weeks on end and only got lucky on this date as someone not known to me was working records and I.D. on the evening this complaint was notorized.

I immediately on 7-21-05 submitted another request to inmate accounts asking for the verified information. I will immediately forward these to your clerk upon reciept of them.

Dated July 22nd 2005.
Mailed July 22nd 2005.

Respectfully
Submitted,

: CERTIFICATION :

I do hereby certify that on this the 22nd day of July, 2005 that I did mail a verbatim hand written copy of the foregoing Notice of Appeal to Counsel for The R.I. Family Court, Bruce Katz Esquire at 1- Dorrance [redacted] Plaza, Providence, R.I. 02903

Wherefore, Petitioner moves This Honorable U.S. District Court grant This and any other such and further relief deemed meet and just under The prevailing circumstances.

J.S.

FILED
2005 JUL 27 A 10:03
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND