UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

James J. Silva
v
The Clerks of The Rhode Island Family Court, et al.

CASE # 05-285-ML

Supplement To Notice of Appeal.

On or about July 21st 2005 Petitioner recieved Magistrate Judge Jacob Hagopian's Memorandum and Order denying Petitioner's Motion To proceed in-forma-Pauperis without prejudice. An immediate Appeal was filed.

This Petitioner explained The difficulties he is having with The Department of Corrections who have denied or delayed his access To The Courts. Included with This notice of Appeal were The documents from inmate accounts requested lacking a certification from inmate accounts.

On August 3rd 2005 Magistrate Judge Lincoln D. Almond Granted Forma-Pauperis Status on case # 05-109-S by accepting These documents I submitted in/re To 05-008-T.

However, Today August 4th 2005 I recieved The inmate Account information and Certification required when I Resubmitted a request on July 21st 2005 when I filed The Notice of Appeal To Magistrate Judge Jacob Hagopian's Memorandum and Order.

The required Documents are enclosed.

Wherefore, In The interests of Justice and Judicial economy Petitioner moves This Honorable U.S. District Court To Accept These documents and Allow This indigent petitioner To proceed In-Forma-Pauperis.

Dated August 4th 2005

Respectfully Submitted,

James J. Sulee

CERTIFICATION.

I do hereby certify That on This The 5th day of August 2005. I did mail A verbatim copy of The following document To Attorney Bruce Katz by way of The Rhode Island Family Court Clerks, 1 Dorrance Plaza, Providence, RI. 02903.

James J. Sulee.