**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**JAMES SILVA**

**v.** **C.A. No. 05 - 285 ML**

**THE CLERKS OF THE**
**RHODE ISLAND FAMILY COURT**

**ORDER**

This matter is before the Court on the application of the *pro se* plaintiff for leave to proceed without prepayment of fees, pursuant to 28 U.S.C. §1915. After consideration of the motion, and of the plaintiff's trust account statement, said motion is **GRANTED.**

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
Date: 15 Aug 05