UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

SCANNED

James J Silva, eTal.
V.
CA. NO. 05-285-ML.
The Clerks of The Rhode Island Family Court, eTal.

: MOTION FOR AN ORDER TO SERVE PLEADINGS UPON RESPONDENTS AND ORDER A RESPONSE:

Now comes The PlainTiff and hereby moves This Honorable Court To serve copies of All Pleadings IN/RE To 05-285-ML upon RespondenTs And Order A Response.
In Support Of This motion PlainTiff offers The following;

PlainTiff is A pro/se incarcerated, indigenTs inmaTe who is NoT being Allowed To serve certified mail. He has forwarded copies of All pleadings To Bruce Katz who was counsel of Record for The Rhode Island Family CourT.

These were mailed c/o The Rhode Island Family CourT clerks And As per The basis of This complainT no acknowledgement of receipT Thereof nor response has been forthcoming.

On AugusT 15th 2005 This Honorable U.S. DisTrict CourT Approved PlainTiff's motion To proceed without pre-payment of fees.

Wherefore, PlainTiff moves This Honorable U.S. DisTrict CourT To serve copies of The pleadings on The RespondenTs, Order A Response, And granT any other such And further Relief deemed meeT And JusT under The prevailing circumSTANCES.

Dated August 25th 2005.

Respectfully
Submitted

James J Silva.

CERTIFICATION.

I do hereby certify That on This The 25th day of August 2005 I did mail a verbatim Copy of The foregoing motion To Bruce Katz c/o The Rhode Island Family Court Clerks. AT 1 Dorrance Plaza, Providence RI. 02903

James J Silva.

FILED
2005 AUG 31 A 10:45
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND.