UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND.



ORIGINAL To Court datemailed 9-23-05

James Silva — C.A. No. 05-285ML

v.

The clerks of The Rhode Island Family Court; Judge Michael Forte; and Bruce Katz Esq.

Response in Objection To Magistrate's Report and Recommendation Dated 9/20/2005. Recieved on 9/22/2005.

This Petitioner filed A Petition for a Writ of Mandamus As The Clerks of The Rhode Island Family Court, Judge Michael Forte, and Bruce Katz refuse to docket his motions for relief from final Judgement and to schedule a date for equitable Distribution of The marital assets and Custody.

Petioner is not moving This Honorable Court to review any Judgement only to Order The defend-ants To adhere To Their own Rules of procedure and even Judge Michael Forte's own orders as follows. See exhibit "B" (Page 42 of Transcripts Enclosed)

And in accordance with The Court's initial order to bifurcate This matter and hear The issues of equitable distribution and child custody and support at a later date, Those matters will be left open. And I've continued -- it will be assigned by The Chief Judge's Office to whatever calender he deems Appropriate.

Make sure Defendant has notice of The date

And Time of The Next hearing.

There has been no judgement handed down in/re to Equitable Distribution or Custody and The Clerks and Bruce Katz have [redacted] refused to docket petitioner's motions Depriving him of 1/2 The Marital Assets and Custody of his son when They both lack The power to make any decisions in/re to The validity or propriety of his motions.

This Petitioner is being deprived of access to The Courts of due-process of Civil laws of his personal property, 1/2 The marital estate, and custody of his son by a co-conspiracy Involving The Family Court Clerks, Bruce Katz, and The R.I. Supreme Court.

As such my Rights to Equal protection are also being violated and I am entitled to Relief pursuant to 42 U.S.C. § 1985. or by Writ of Mandamus.

Petitioner moved This Honorable Court to have defendants docket his properly and Timely filed motions and or answer as to why They are not. I did not ask This Honorable Court to answer for Them and or act in furtherance of Their co-conspiracy.

Enclosed please find [redacted] The Transcripts which prove no judgement has been entered in/re to This petitioner's equitable distribution and Custody matters.

The cesspool of corruption That you refer to as The Garrahy Judicial complex and The Rhode Island Family Court are simply refusing to schedule, docket or hear These motions. The Rhode Island Supreme Court has-

Refused to issue a Writ of Mandamus because anyone with an IQ of over 50 who is able to read this meager 42 page transcript, of which this petitioner spent the first 22 pages fighting for due process rights, was nothing more than a "SHAM" of a trial and the biggest travesty of Civil Justice ever perpetrated by any Judicial Officer in this corrupt its not what you know but who you know state.

If I am not entitled to Relief pursuant to §1983 please consider this an amendment to my complaint asking for relief pursuant to §1985, [redacted] a Writ of Mandamus, or any other legal mechanism that would entitle him to relief. Citing, Campbell v. Maine, Prose Plaintiffs should be given opporatunity to Amend their complaints to overcome any deficiencies.

One reading of these Transcripts will make it abundantly clear why the State of Rhode Island including the Rhode Island Supreme Court is co-conspiring to deny me any opporatunity to obtain the relief I am entitled to or my property.

See Specify, Page 13 lines 3,4,5,6,7; Page 14 lines 15, 16, 17, 18, 19; Page 19 lines 3,4,5; Page 21 lines 8,9,10,11,12,13; Page 36 lines 22, 23, 24; Page 41. lines 13, 14, 15, 16, 17; and Page 42. Lines 16, 17, 18, 19, 20, 21, 22, 23, 24, and 25.

22

As of this date, 9/[redacted]/05 I have recieved no notice of the scheduling of a hearing for the equitable

distribution of The Marital Assets, or Custody from The Rhode Island Family Court or Barbara E. Cayer's last counsel of record Christopher Lefebure. Just like The September 3rd 2003 The "SHAM" of a Trial.

At least 3 efforts by me to schedule These matters have been ignored or returned by The Clerks And Bruce Katz who have no authority to do so.

Wherefore, Petitioner / Plaintiff moves This Honorable U.S. District Court To Order The Rhode Island Family Court To Schedule These unresolved matters or Supply an Answer To This Petitioner's complaint.

In The event This Relief is denied please consider This my notice of Appeal To The United States Court of Appeals for The First Circuit in Boston and please forward The entire record on Appeal.

Dated September 22nd 2005. Respectfully. Submitted,

James J. Silva.

James J. Silva - 66350
I.S.C. K-16-Bottom
PO. Box 8249
Cranston, RI
02920

FILED 2005 SEP 28 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND