UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

JAMES SILVA

v.                                                                                          CA 05-285ML

THE CLERKS OF THE RHODE ISLAND
FAMILY COURT, JUDGE MICHAEL
FORT, AND BRUCE KATZ, ESQ.

MEMORANDUM AND ORDER

Ths matter is before the Court on plaintiff's objection to a Report and Recommendation issued by Senior United States Magistrate Judge Hagopian on September 20, 2005. This Court has reviewed plaintiff's objection and finds it to be without merit. Accordingly, this Court adopts the Report and Recommendation in its entirety. The complaint is dismissed for lack of jurisdiction.

SO ORDERED:

_____
Mary M. Lisi
United States District Judge
October  3  , 2005