# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

JAMES SILVA

v.

**C.A. NO: 05-285ML**

**THE CLERKS OF THE RHODE ISLAND FAMILY COURT, JUDGE MICHAEL FORT AND BRUCE KATZ, ESQ.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered it's verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the defendants, The Clerks of the Rhode Island Family Court, Judge Michael Fort and Bruce Katz, against the plaintiff, James Silva, pursuant to the Memorandum and Order dated October 3, 2005 accepting the Report and Recommendation of Magistrate Judge Jacob Hagopian pursuant to Title 28 U.S.C. § 636(b)(1) DISMISSING the complaint.**

**Enter:**

Barbara Barletta
**Deputy Clerk**

**DATED: October 3, 2005**