UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

James J. Silva ca. no. 05-285-ML

v.

The Clerks of the Rhode

Island Family Court, Judge Michael

Forte and Bruce Katz Esq.

NOTICE OF APPEAL.

Now comes the Plaintiff, James J. Silva, and hereby notifies the United States District Court for the District of Rhode Island that this is his notice of appeal to Judge Mary Lisi's Memorandum and Order and Judgement dated September 3rd, 2005.

The transcripts provided to the Honorable Judge Mary Lisi are clear and convincing evidence that the September 3rd 2003 hearing presided over by Judge Michael Forte was a "SHAM" of a divorce trial where the dishonorable Judge Michael Forte clearly left open the equitable distribution of the marital assetts.

The defendants and the Rhode Island Supreme Court have engaged in conduct that Constitutes an illegal impediment in violation of this plaintiff'f U.S. Constitutional Rights to Equal Protection under the law, access to the courts, and plaintiff has been denied due-process of law as well as his property without due-process of law.

If this Honorable U.S. District Court lacks jurisdiction to correct the Unlawful and Uncostitutional actions of the defendants, then God save the United States of America.

Please notify the United States Court of appeals for the First Circuit and forward the record on appeal.

Respectfully Submitted,

dated October 8th, 2005.

James J Silva

CERTIFICATION.

I, James J. Silva do hereby certify that on this the 8th, day of October 2005, I did mail a verbatim copy of this notice of appeal to the defendant's counsel of record, Bruce Katz Esq. at the Garrahy Judicial Complex, 1 Dorrance Plaza, Providence, Rhode Island, 02903.

dated October 8th, 2005.

James J Silva

FILED
2005 OCT 14 A 11:18
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND