05-00285 USDC/RI LISI

MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2499

JAMES J. SILVA,

Plaintiff, Appellant,

JAMES R. CAYER,

Plaintiff.

v.

THE CLERKS OF THE RHODE ISLAND FAMILY COURT, ET AL.,

Defendants, Appellees.

Before

Torruella, Circuit Judge,
Stahl, Senior Circuit Judge,
and Lipez, Circuit Judge.

JUDGMENT

Entered: April 3, 2006

Substantially for the reasons set forth in the Report and Recommendation of the Magistrate Judge, adopted in its entirety by the district court by order dated October 3, 2005, appellant's civil rights complaint was properly dismissed for lack of jurisdiction. See Exxon Mobil Corp. v. Saudi Basic Indus. Corp., 544 U.S. 280, 125 S.Ct. 1517, 1521 (2005).

Appellees' motion for summary disposition is granted. The judgment of dismissal is summarily affirmed. See 1st Cir. R. 27(c).

By the Court:
Richard Cushing Donovan, Clerk.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 4/25/06

MARGARET CARTER

By: ______________________________

Chief Deputy Clerk.

[cc: James J. Silva, Patrick Lynch, AG]